[No. 6026–4–II.   Division Two.   June 11, 1984.]

RONALD CHASE, ET AL, *Respondents,* v. HARLEY–
DAVIDSON OF TACOMA, INC., ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 299503, William L. Brown, Jr., J., entered
November 13, 1981. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 6431–6–II.   Division Two.   June 11, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. HERBERT
GREGG KLATUSH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81–1–00172–9, John H. Kirkwood, J.,
entered May 21, 1982. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 6691–2–II.   Division Two.   June 12, 1984.]

ROMA LEE TOFFEL, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81–2–00588–0, Terence Hanley, J., entered
October 8, 1982. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6768–4–II.   Division Two.   June 12, 1984.]

*In the Matter of the Marriage of* ROHANDA MARIE
DEMPSEY, *Respondent, and* WALTER A.
FIELDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 300011, James P. Healy, J., entered November
9, 1982. *Affirmed* by unpublished opinion per Worswick, J.,
concurred in by Petrich, C.J., and Reed, J.